**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUAN A. MCCLENDON** **PLAINTIFF**

**v.** **Case No. 4:26-cv-691-JM**

**CHRIS CARNAHAN** **DEFENDANT**

# ORDER

On October 19, 2026, Defendant filed a Motion to Dismiss. (Doc. 10). Under the Rules, McClendon had until November 2, 2026 to respond in opposition. LOCAL RULE 7.2(b); FED. R. CIV. P. 6. As of today, November 11, 2026, McClendon has not responded to the motion to dismiss. The Court intends to evaluate and decide this motion shortly. If McClendon intends to oppose the motion to dismiss, he should file a motion for leave to file a brief out of time (and attach as an exhibit to that motion the brief he wants to file) by Wednesday, November 25, 2026. The motion for leave must explain why McClendon did not timely file a brief and why the Court should excuse the brief's lateness. See FED. R. CIV. P. 6(b)(1)(B).

IT IS SO ORDERED this 12th day of November, 2026.

UNITED STATES DISTRICT JUDGE