**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUAN A. MCCLENDON** **PLAINTIFF**

**v.** **Case No. 4:26-cv-691-JM**

**CHRIS CARNAHAN** **DEFENDANT**

**JUDGMENT**

For the reasons stated in the order entered this date, the complaint of the plaintiff is dismissed without prejudice.

IT IS SO ORDERED this 18th day of November, 2026.

UNITED STATES DISTRICT JUDGE